**Order filed, May 29, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00475-CV

———————

### ESTATE OF OTIS HAROLD CARTE, DECEASED, Appellant

---

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0053835**

---

## ORDER

The reporter's record in this case was due **March 23, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the **Official Court Reporter of the Galveston County Probate Court** to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM